In the Matter of KLEEN FOOD STORE, INC., Respondent, v MICHAEL D'ANGELO, Individually and as Deputy Commissioner of the New York State Liquor Authority, et al., Appellants. [636 NYS2d 687] —Judgment unanimously reversed on the law without costs and petition dismissed. Memorandum: Supreme Court erred in modifying the penalty of 15 days license suspension, to be served forthwith, imposed on petitioner for violating Alcoholic Beverage Control Law § 65 (1). That penalty is not so disproportionate to the offense as to be shocking to one's sense of fairness (see, Matter of 17 Cameron St. Rest. Corp. v New York State Liq. Auth., 48 NY2d 509, 512; Matter of Players Five v New York State Liq. Auth., 197 AD2d 918). The fact that respondents proposed a less severe sanction in its compromise offer, which petitioner rejected, does not warrant modification of the penalty imposed (see, Matter of Ward v Ambach, 141 AD2d 932, 933; see also, Matter of Empire State Pharm. Socy. v New York State Dept. of Educ., 102 AD2d 964, 965, affd 64 NY2d 942). (Appeal from Judgment of Supreme Court, Onondaga County, Mordue, J.—CPLR art 78.) Present—Green, J. P., Fallon, Callahan, Doerr and Davis, JJ.